IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAEMONTE SIMS,

                 Plaintiff,

v.

UNITED STATES OF AMERICA,

                 Defendant.

OPINION and ORDER

24-cv-909-jdp

---

Plaintiff Daemonte Sims, proceeding without counsel, alleges that when he was incarcerated at the Federal Correctional Institution in Oxford, Wisconsin, medical staff negligently treated his knee injury. I screened Sims's complaint and concluded that it didn't properly state any claim for relief. Dkt. 17. I gave Sims a chance to submit an amended complaint fixing his pleading problems. *Id.* Sims has not responded to my order, so I will dismiss this case with prejudice. *See Paul v. Marberry*, 658 F.3d 702, 704–05 (7th Cir. 2011) (court should dismiss case for failure to state a claim after plaintiff fails to correct a pleading that violates Federal Rule of Civil Procedure 8).

ORDER

IT IS ORDERED that:

1. This case is DISMISSED with prejudice for plaintiff's failure to state a claim upon which relief may be granted.

2. The clerk of court is directed to enter judgment and close the case.

Entered September 22, 2025.

>BY THE COURT:
>
>/s/
>
>_____
>JAMES D. PETERSON
>District Judge